# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

  **Plaintiff,**

  v.         CASE NO.  25-10016-01-06-EFM

**RAASHAD ROBINSON et al.,**

  **Defendants.**

### UNITED STATES' UNOPPOSED MOTION TO DESIGNATE CASE AS COMPLEX AND REQUEST FOR CONTINUANCE AND EXCLUDABLE TIME COMPUTATIONS

  The United States of America, by and through Katherine J. Andrusak and Lanny D. Welch, Assistant United States Attorneys for the District of Kansas respectfully requests that this Court designate this case as complex and unusual. 18 U.S.C. § 3161(h)(7)(B)(ii). The United States submits this motion as a request to set a status hearing to establish deadlines for discovery, plea negotiations, the filing of motions and responses, and to establish a trial date. The United States would request that the Court designate the time as excludable time under 18 U.S.C. § 3161(h)(7)(A) and (B)(ii).

  The United States believes that the unusual and complex nature of this case requires the case to proceed at a slower pace than is provided under 18 U.S.C. § 3161. Under 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) the Court may grant a continuance and a speedy trial exclusion for a period of delay if the Court finds that the ends of justice served by granting

a continuance outweigh the interest of the public and the defendant in a speedy trial. Among the factors to be considered when a Court determines whether to grant such a continuance under § 3161(h)(7)(A) and (B)(ii) are:

> Whether the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.

18 U.S.C. § 3161(h)(7)(B)(ii).

This is an unusual and complex case, due to the following factors:

1. There are six defendants in this case as well as multiple other individuals involved in the underlying facts of this case. This case includes numerous alleged discrete criminal acts making up the larger charged conspiracy.

2. Discovery in this case is significant and involves numerous large content phone downloads as well as pole camera footage for multiple locations. The United States is working to provide discovery to the defendant as quickly as possible and anticipates the discovery provided to be approximately 400GB without the pole camera footage and approximately 10TB of pole camera footage. The review of this discovery will be time consuming for defense counsel to review, organize, and digest the materials in a meaningful way within the normal time limits imposed by 18 U.S.C. § 3161.

3. It is anticipated that defense counsel may file motions within this case. The completion of these motions, and United States' responses, will require time consuming preparation and research for everyone involved.

4.     The defendants are entitled to reasonable time for effective preparation. 18 U.S.C. § 3161 (h)(7)(B)(iv). The United States respectfully requests this Court to find that it would be unreasonable to expect adequate preparation for pretrial proceedings, and the trial itself, within the normal time limits. Consequently, the parties move this Court for an order granting the relief requested and the continuance of the trial in this matter.

The United States contacted defense counsel for all six defendants in this matter. There are no objections by any counsel. The United States knows that each defense attorney appointed in this case is busy with other matters in Federal, State and City courts. As such, the United States believes that setting a date certain for the motions hearing and trial of this matter, at least six months in advance, will allow all counsel to adequately prepare for the hearings and trial, and to set resolve other case conflicts well in advance of the trial date.

The United States respectfully asks this Court to find that it would be unreasonable to expect adequate preparation for pretrial proceedings, and the trial itself, within the normal time limits. Consequently, the United States moves this Court for an order granting the relief requested and the continuance of the trial in this matter.

Wherefore, the United States requests that the Court declare this case an unusual and complex case under 18 U.S.C. §3161(h)(7)(A), allowing the case to proceed outside the normal time limits imposed by 18 U.S.C. § 3161(c). The United States further requests that the Court find that the previously stated factors demonstrate that the ends of justice

served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

    DUSTON J. SLINKARD
Acting United States Attorney

s/Katherine J. Andrusak
KATHERINE J. ANDRUSAK
Assistant United States Attorney
301 N. Main, Ste. 1200
Wichita, Kansas 67202
(316) 269-6481
Ks. S.Ct. No. 25961
katie.andrusak@usdoj.gov

/s/ Lanny D. Welch
LANNY D. WELCH
Assistant United States Attorney
United States Attorney's Office
301 N. Main, Suite 1200
Wichita, Kansas 67202
316-269-6481
(316) 269-6484 (fax)
K.S.Ct.No. 13267
lanny.welch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/Katherine J. Andrusak
KATHERINE ANDRUSAK
Assistant United States Attorney